UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

          -against-

M.A.C., Male Juvenile,

                               Defendant.
-------------------------------------------------------------- X

23-CR-679 (VEC)

SEALED ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 3, 2024, the Defendant appeared before the Court for an initial conference (the "Conference").

       IT IS HEREBY ORDERED that the Defendant must appear for a status conference on **Monday, March 11, 2024 at 4:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that the period between January 3, 2024, and March 11, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial because of the need for the defense to obtain a neuro-psychological examination of the Defendant and to obtain and review the voluminous discovery.

       IT IS FURTHER ORDERED that the conditions of Defendant's release are modified to include as a requirement that he attend school every day that school is in session. To the extent

he is too ill to attend school, he must notify Pretrial Services in advance and provide them such proof of his illness as they may require.

**SO ORDERED.**

Date: January 3, 2024
      New York, New York

                                              **VALERIE CAPRONI**
                                              United States District Judge