UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                                                        :
                    -against-                                    :
                                                                        :
                                                                        :     23-CR-679 (VEC)
M.A.C., Male Juvenile,                              :
                                                                        :     <u>SEALED ORDER</u>
                                                                        :
                                     Defendant.      :
-------------------------------------------------------------- :
                                                                        X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on January 9, 2024, the parties appeared before the Court for a conference to discuss modifying Defendant's bail conditions.

  IT IS HEREBY ORDERED that the originally set condition of home confinement is modified to a curfew to be set by Pretrial Services and monitored by radio frequency ("RF") monitoring.

  IT IS FURTHER ORDERED that the originally set travel restriction of Eastern District and Southern District of New York is modified to restrict Defendant's travel to the Borough of Brooklyn, except for appearances before the Court, meeting with his attorney or Pretrial Services, or for mental health treatment (with the schedule of such treatment being approved by Pretrial Services).

  IT IS FURTHER ORDERED that Defendant must allow Pretrial Services to install monitoring technology on his cellphone; he may not obtain a second cellphone and he may not use a cellphone owned by anyone else, including his mother. To the extent that the monitoring technology depends on the input of key words, the Government must provide Defense counsel

with the list of proposed key words for attorneys' eyes only and provide notice of the applications that Defendant is prevented from using.

IT IS FURTHER ORDERED that the conditions of Defendant's release are modified to include as a requirement that he provide weekly school attendance records to Pretrial Services.

IT IS FURTHER ORDERED that the parties provide a proposal to the Court regarding how to obtain updates regarding Defendant's conduct at school while also maintaining the confidentiality of the current case by no later than **January 19, 2024**.

SO ORDERED.

Date: **January 10, 2024**
New York, New York

**VALERIE CAPRONI**
**United States District Judge**