UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

M.A.C., Male Juvenile,

                                   Defendant.
-------------------------------------------------------------- X

23-CR-679 (VEC)

SEALED ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 9, 2024, the parties appeared before the Court for a conference to discuss modifying Defendant's bail conditions; and

    WHEREAS the parties were directed to provide a proposal to the Court regarding how to obtain updates regarding Defendant's conduct at school while also maintaining the confidentiality of the current case.

    IT IS HEREBY ORDERED that the conditions of Defendant's release are modified to include as a requirement that Pretrial Services will arrange to receive updates regarding M.A.C.'s conduct directly from M.A.C.'s school, making every effort to maintain confidentiality concerning the charges or other details about M.A.C.'s case. Pretrial Services may consult with the Federal Defenders and the Government in making these arrangements.

**SO ORDERED.**

**Date: January 26, 2024**
**New York, New York**

                                               **VALERIE CAPRONI**
                                               **United States District Judge**