UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,                          :
                                                   :
                        -against-                  :
                                                   :
                                                   :      23-CR-679 (VEC)
                                                   :
M.A.C., Male Juvenile,                             :      SEALED ORDER
                                                   :
                                  Defendant.       :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on January 30, 2024, the parties appeared before the Court for a conference to discuss modifying Defendant's bail conditions.

  IT IS HEREBY ORDERED that the conditions of Defendant's release are modified to include that Defendant's curfew is to be monitored by global positioning system ("GPS") monitoring and not radio frequency ("RF") monitoring.

  IT IS FURTHER ORDERED that Defendant's curfew, to be set by Pretrial Services, is extended to be in effect seven days a week.

  IT IS FURTHER ORDERED that Pretrial Services will seek to expedite the receipt of the psychiatric evaluation of Defendant conducted on January 29, 2024.  A status conference will be scheduled after the Court's receipt of the report.

  All of the other conditions of Defendant's release remain in effect.  The Defendant is required to attend school every day that school is in session.  To the extent he is too ill to attend

school, he must notify Pretrial Services in advance and provide them such proof of his illness,

as in a doctor's note.

**SO ORDERED.**

Valerie Capr

**Date:  January 30, 2024**                                   **VALERIE CAPRONI**
        **New York, New York**                          **United States District Judge**