UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,  :
                           :
        -against-          :
                           :
                           :   23-CR-679 (VEC)
M.A.C., Male Juvenile,     :
                           :   SEALED ORDER
                           :
              Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 20, 2024, the Defendant appeared before the Court for a bail modification review conference (the "Conference").

IT IS HEREBY ORDERED that the status conference previously scheduled for **March 11, 2024 at 4:30 p.m.** is ADJOURNED to **April 16, 2024** at **4:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the period between March 11, 2024, and April 16, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial because of the need for the parties to retain psychological experts to conduct a fulsome evaluation of the Defendant.

IT IS FURTHER ORDERED that this Order shall be filed under seal.

**SO ORDERED.**

Date: February 20, 2024
      New York, New York

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**