UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

M.A.C., Male Juvenile,

                                   Defendant.
-----------------------------------------------------------------X

23-CR-679 (VEC)

<u>SEALED ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 7, 2024, the Defendant appeared before the Court for a bail modification review conference (the "Conference"); and

    WHEREAS the Government moved to revoke M.A.C.'s bail.

    IT IS HEREBY ORDERED that M.A.C.'s bail is REVOKED for the reasons stated at the Conference.

    IT IS FURTHER ORDERED that the status conference scheduled for **April 16, 2024** at **4:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007 will take place as scheduled.

    IT IS FURTHER ORDERED that the period between March 7, 2024, and April 16, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and the Juvenile Justice and Delinquency Prevention Act, 18 U.S.C. § 5036. As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial because of the need for the parties to retain psychological experts to conduct a fulsome evaluation of the Defendant and to give the parties appropriate time to determine the next steps as to how to proceed.

IT IS FURTHER ORDERED that this Order shall be filed under seal.

SO ORDERED.

Date: March 7, 2024
      New York, New York

                                                                    _____
                                                                    VALERIE CAPRONI
                                                                    United States District Judge