UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
        -against-           :
                                         :
                                         :  23-CR-679 (VEC)
M.A.C., Male Juvenile,                   :
                                         :  SEALED ORDER
                                         :
                Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 20, 2024, Defense counsel filed a letter requesting an emergency bail hearing.

    IT IS HEREBY ORDERED that the Government must respond to the Defense motion not later than **March 22, 2024**.

    IT IS FURTHER ORDERED that the parties must appear for a bail review hearing on **March 25, 2024** at **11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS FURTHER ORDERED that this Order shall be filed under seal.

**SO ORDERED.**

**Date: March 20, 2024**
**New York, New York**

                                                                       **VALERIE CAPRONI**
                                                                       **United States District Judge**