UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

M.A.C., Male Juvenile,

                                 Defendant.
-------------------------------------------------------------X

23-CR-679 (VEC)

<u>SEALED ORDER</u>

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 14, 2024, Defense counsel filed a letter requesting a conference to discuss the impact of the death of M.A.C.'s father and M.A.C.'s conditions of confinement.

       IT IS HEREBY ORDERED that the parties appear for a conference on **April 16, 2024** at **4:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that M.A.C.'s presence at the conference is waived.

       IT IS FURTHER ORDERED that the Government must provide a report detailing M.A.C.'s school attendance and participation in therapy since his arrival at Essex by no later than **12:00 P.M.** on **Tuesday, April 16, 2024**.

       IT IS FURTHER ORDERED that this Order shall be filed under seal.

SO ORDERED.

Date:  April 15, 2024
          New York, New York

                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**