UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                         :
                                                  :
        -against-                              :
                                                  :
                                                  :  23-CR-679 (VEC)
M.A.C., Male Juvenile,                            :
                                                  :  SEALED ORDER
                                                  :
                                      Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 16, 2024, the Defendant appeared before the Court for a status conference (the "Conference"); and

    WHEREAS Defendant moved to be released from the Essex County Juvenile Detention Center under the strictest conditions.

    IT IS HEREBY ORDERED that Defendant's motion is DENIED for the reasons stated at the Conference.

    IT IS FURTHER ORDERED that the parties must appear for a status conference on **June 17, 2024** at **4:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS FURTHER ORDERED that the period between April 16, 2024, and June 17, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and the Juvenile Justice and Delinquency Prevention Act, 18 U.S.C. § 5036. As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial because of the need for the parties' psychological or psychiatric experts to conduct

a fulsome evaluation of the Defendant and to give the parties appropriate time to discuss whether the Government will move to transfer the Defendant's case to the district court.

IT IS FURTHER ORDERED that this Order shall be filed under seal.

**SO ORDERED.**

Date: April 16, 2024
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**