UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                             :
                                                                           :
                    -against-              :
                                                                           :
                                                                           :        23-CR-679 (VEC)
M.A.C., Male Juvenile,                                        :
                                                                           :        <u>SEALED ORDER</u>
                                                                           :
                               Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 16, 2024, the Defendant appeared before the Court for a status conference (the "Conference"); and

       WHEREAS the Government stated its intention to move, pursuant to 18 U.S.C. § 5032, to transfer the Defendant to district court for criminal prosecution.

       IT IS HEREBY ORDERED that a hearing on the Government's anticipated motion is scheduled for **October 15, 2024**, at **10:00 A.M.**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that by no later than **July 19, 2024**, the parties are directed to meet and confer and submit a joint proposal for a briefing schedule for the Government's motion. The parties must file their expert reports by no later than today, **July 16, 2024**.

       IT IS FURTHER ORDERED that the period between July 16, 2024, and October 15, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and the Juvenile Justice and Delinquency Prevention Act, 18 U.S.C. § 5036. As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the

Defendant in a speedy trial because of the need for the parties to prepare for the hearing on the Government's transfer motion.

IT IS FURTHER ORDERED that this Order shall be filed under seal.

**SO ORDERED.**

Date: **July 16, 2024**
**New York, New York**

*Valerie Caproni*
**VALERIE CAPRONI**
**United States District Judge**