UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

               -against-

MICHAEL ANGELO CRUZ,

                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/24

23-CR-679 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

Upon consideration of the Juvenile's Request to be Proceeded Against as an Adult:

IT IS HEREBY ORDERED that the Defendant Michael Angelo Cruz is transferred for criminal prosecution as an adult for the criminal acts alleged in the above-referenced matter.

**SO ORDERED.**

Date: **September 26, 2024**
      New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**