UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-against-

MICHAEL ANGELO CRUZ,

                                 Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024

23-CR-679 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2024, Mr. Cruz appeared for a change-of-plea hearing, during which Mr. Cruz waived indictment and pled guilty to Count One in the Superseding Information.

IT IS HEREBY ORDERED that Mr. Cruz must appear for sentencing on **January 16, 2025**, at **10:30 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **January 2, 2025**.

**SO ORDERED.**

**Date: September 26, 2024**
**New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**