```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
              -against-                      :
                                             :
                                             :      23-CR-679 (VEC)
                                             :
MICHAEL ANGELO CRUZ,                         :
                                             :      ORDER
                                             :
                           Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Mr. Cruz's sentencing is scheduled for February 13, 2025;

   WHEREAS the Court has read all of the mental health evaluations submitted in the sentencing submissions;

   WHEREAS Mr. Cruz's diagnosis is an important issue when evaluating the sentencing factors under 18 U.S.C. § 3553, specifically the need to protect the public from further crimes of the defendant and specific deterrence; and

   WHEREAS based on the reports, the Court is inclined to credit Dr. Mroczkowski's report, submitted with the Government's submission, over Dr. Joshti's report, submitted with the defense submission.

   IT IS HEREBY ORDERED that Mr. Cruz must inform the Court by February 11, 2025 whether he wants a hearing. If Mr. Cruz does want a hearing, the parties are required to meet and confer and propose three mutually convenient dates that work for the witnesses that each party will call.

**SO ORDERED.**

Date:  February 7, 2025
       New York, New York

                                                  **VALERIE CAPRONI**
                                          **United States District Judge**