USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

MICHAEL ANGELO CRUZ,

Defendant.
-------------------------------------------------------------X

23-CR-679 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations is scheduled for April 25, 2025.

IT IS HEREBY ORDERED that the hearing is ADJOURNED to **May 16, 2025** at **10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: February 20, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**