```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,  :
                                   -against-  :
                                  :  23-CR-679 (VEC)
MICHAEL ANGELO CRUZ,  :
                                  :  ORDER
                       Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations is scheduled for May 16, 2025 at 10:00 A.M. in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the hearing will proceed as follows:

- Mr. Cruz's experts will testify first, followed by the Government's expert.

- All experts are expected to attend the full hearing, as the Court may have questions for specific experts following another expert's testimony.

SO ORDERED.

Date:  May 9, 2025
       New York, New York

                                                                    VALERIE CAPRONI
                                                              United States District Judge

---

[1] Please note this is a new courtroom for the Undersigned.