```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

              -against-

                             23-CR-679 (VEC)

MICHAEL ANGELO CRUZ,

                             ORDER

                      Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations is scheduled for May 16, 2025 at 10:00 A.M. in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS HEREBY ORDERED that the Government must provide Mr. Cruz's disciplinary records from Essex by end of day, today, May 15, 2025.

**SO ORDERED.**

Date:  **May 15, 2025**
        **New York, New York**

                                                    **VALERIE CAPRONI**
                                                  **United States District Judge**

---

[1]  Please note this is a new courtroom for the Undersigned.