```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :
                                                :
            -against-                           :
                                                :
                                                :   23-CR-679 (VEC)
MICHAEL ANGELO CRUZ,                            :
                                                :       ORDER
                                                :
                              Defendant.        :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the Court held a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations on May 16, 2025.

   IT IS HEREBY ORDERED that the hearing will continue on June 20, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

   IT IS FURTHER ORDERED that the parties must provide three mutually agreed upon dates that work for the parties and Defendant's witness, Dr. Keith Cruise, by no later than May 23, 2025.

SO ORDERED.

Date:  May 20, 2025
       New York, New York

                                              _____
                                              VALERIE CAPRONI
                                              United States District Judge