```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                 :
                                          :
            -against-                     :
                                          :
                                          :   23-CR-679 (VEC)
MICHAEL ANGELO CRUZ,                      :
                                          :       ORDER
                                          :
                    Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations on May 16, 2025; and

WHEREAS the hearing will continue on June 20, 2025 at 10:00 A.M. and on July 15, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that Mr. Cruz's sentencing will take place on July 24, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: May 30, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**