USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

MICHAEL ANGELO CRUZ,

                             Defendant.
-------------------------------------------------------------- X

23-CR-679 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations on June 20, 2025;

WHEREAS the hearing will continue on July 15, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007; and

WHEREAS the transcript of the hearing on the parties' expert assessments regarding Mr. Cruz's psychiatric evaluations has remained under seal to date.

IT IS HEREBY ORDERED that Mr. Cruz's motion to seal the transcripts and proposed redactions must be filed by June 30, 2025; the Government's response must be filed by July 8, 2025; and Mr. Cruz's reply, if any, must be filed by July 11, 2025.

**SO ORDERED.**

Date: June 23, 2025
      New York, New York

                                                  **VALERIE CAPRONI**
                                               United States District Judge