

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/25
```

June 26, 2025

**BY EMAIL AND ECF**
The Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** *United States v. M.A.C*, 23 Cr. 679 (VEC)

Dear Judge Caproni:

      The Government writes respectfully to request an extension of time to file its response to the defendant's anticipated motion to seal the transcripts of the ongoing hearing in the above-referenced case. Due to counsel availability, the Government respectfully requests an extension from July 8 to July 11, 2025 to file its response. The Government has conferred with counsel for the defendant and understands that counsel has no objection to this request. The Government likewise consents to an extension of the defendant's deadline to file any reply.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:       /s/      
    Lisa Daniels
    Assistant United States Attorney
    (212) 637-2955

Cc:    Martin Cohen, Esq.
        Marisa Cabrera, Esq.

---

Application GRANTED. The Government's response to Mr. Cruz's motion to seal the transcript must be filed by July 11, 2025. Mr. Cruz's reply, if any, must be filed by July 16, 2025.

SO ORDERED.     6/26/25

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE