USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :
                                             :
                                             :          23-CR-679 (VEC)
                                             :
MICHAEL ANGELO CRUZ,                         :
                                             :          ORDER
                                             :
                            Defendant.       :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a hearing on the parties' expert assessments regarding Mr.

Cruz's psychiatric evaluations on July 15, 2025; and

WHEREAS Mr. Cruz's sentencing is scheduled for July 24, 2025 at 10:30 A.M. in

Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New

York, 10007.

IT IS HEREBY ORDERED that any defense post-hearing submission must be filed by

no later than **July 18, 2025**, along with three psychology studies that focus on treatment options

for individuals with conduct disorder, childhood onset, where the treatment began in the later

teenage years (preferably that also discuss the added criteria of limited prosocial emotions).

IT IS FURTHER ORDERED that the Government must provide updated school,

medical, and disciplinarian records from Essex County Juvenile Detention Center by **July 18,**

**2025**.  If it chooses to respond, the Government's response to the defense's submission must be

filed by close of business on **July 22, 2025**.

**SO ORDERED.**

Date:  July 16, 2025                        _____
       New York, New York                        **VALERIE CAPRONI**
                                            **United States District Judge**